UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 13-243 |
| SANDRA PARKMAN THOMPSON | SECTION "R" |

## ORDER AND REASONS

Before the Court is defendant Sandra Parkman Thompson's motion for early termination of supervised release.[1] The Government does not oppose the motion.[2] For the following reasons, the Court grants the motion.

## I. BACKGROUND

On November 8, 2017, a jury found defendant Sandra Parkman Thompson guilty of one count of conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349; one count of conspiracy to pay and receive kickbacks in violation of 18 U.S.C. § 371; two counts of healthcare fraud, in violation of 18 U.S.C. § 1347; and five counts of illegal remuneration, in violation of 42 U.S.C. § 1320a-7b(b).[3]

---

[1]   R. Doc. 390.
[2]   *Id.* ¶ 4.
[3]   R. Doc. 288; *see also* R. Doc. 1 (Indictment).

On March 28, 2018, the Court sentenced defendant to a term of imprisonment of 32 months as to each count, to be served concurrently.[4] The Court sentenced her to a term of supervised release of three years, as to each count, to run concurrently.[5]

Defendant completed her prison sentence on September 4, 2020.[6] Having completed approximately half of her term of supervised release, defendant now moves for early termination of supervised release.[7] The Government does not oppose the motion.[8] The Court considers the motion below.

## II.   LEGAL STANDARD

Under 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant . . . any time after the expiration of one year of supervised release" after considering enumerated

---

[4]   R. Doc. 319 at 2.
[5]   *Id.* at 3.
[6]   *See* Fed. Bureau of Prisons, *Find an Inmate* (2022), https://www.bop.gov/inmateloc. Defendant states in her motion that she was released on February 28, 2020, *see* R. Doc. 390 ¶ 2, but that date is incorrect. As documented by BOP records, and confirmed by the U.S. Probation Office, defendant's prison term ended on September 4, 2020, at which time she began her term of supervised release.
[7]   R. Doc. 390.
[8]   *Id.* ¶ 4.

factors set out in 18 U.S.C. § 3553(a). Among the factors a court must weigh are the nature of the offense, the history and characteristics of the defendant, the need for the sentence to deter criminal activity, the need to protect the public, the need to provide the defendant with educational or vocational training, the kinds of sentences and sentencing ranges available, and the need to avoid unwarranted sentencing disparities among similarly situated defendants. *See* 18 U.S.C. § 3553(a). The Court may grant early termination "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has broad discretion in determining whether to terminate supervised release. *See United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998).

## III.  DISCUSSION

The Court finds that the § 3553(a) factors weigh in favor of terminating defendant's supervised release. Specifically, the nonviolent nature of the offenses, defendant's age, [9] and her limited criminal history in recent decades,[10] weigh in favor of early termination. *See* 18 U.S.C. § 3553(a)(1). Further, defendant has adhered to all of the terms of supervised release, and

---

9   The defendant is 67 years old.
10  R. Doc. 311 at 20-21 (Final Presentence Investigation Report).

3

her probation officer supports defendant's request for early termination.[11] Moreover, the defendant has served over one half of her three-year sentence.

Accordingly, considering the relevant § 3553(a) factors, the Court finds that terminating defendant's supervised release is warranted by her conduct and serves the interest of justice. 18 U.S.C. § 3583(e)(1). The Court grants defendant's motion.

## IV. CONCLUSION

For the foregoing reasons, the Court GRANTS defendant's motion for early termination of supervised release.

New Orleans, Louisiana, this __12th__ day of April, 2022.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[11] R. Doc. 390 ¶ 3.